IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| J&J Sports Productions, Inc., | ) | C/A No.: 3:11-cv-02430-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Papercut LLC d/b/a Green Room Entertainment a/k/a Headliners a/k/a Element Nightlife, David Britt, and Josh Lehew, | ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

This matter comes before the court on Defendant David Britt's Motion to Dismiss (ECF No. 10) in which he asks this court to dismiss the plaintiff's action against him for failure to timely serve and prosecute. The Plaintiff, J&J Sports Production, Inc. ("J&J"), filed a response (ECF No. 14) to Britt's motion admitting that it served the defendants after the 120-day deadline. In its response, J&J provided a timeline of the multiple attempts at service of process in this case and requested that this court extend the time for service to or beyond February 6, 2012.

For good cause shown, this court hereby grants the plaintiff's request that the time for service of process be extended to February 6, 2012. Accordingly, Defendant David Britt's Motion to Dismiss is denied.

IT IS SO ORDERED.

March 22, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge