IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| J&J Sports Productions, Inc., | ) | C/A No.: 3:11-cv-2430-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Papercut LLC, d/b/a Green Room Entertainment, a/k/a Headliners, a/k/a Element Nightlife; and Josh Lehew, | ) ) ) ) | |
| Defendants. | ) ) | |
| Papercut LLC and Josh Lehew, | ) | |
| | ) | |
| Third Party Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Time Warner Entertainment Company LP; Time Warner Cable I LLC; Time Warner Cable, Inc.; Time Warner Cable Media, Inc.; and Tsunami of Columbia LLC | ) ) ) ) ) | |
| | ) | |
| Third Party Defendants. | ) ) | |

This court hereby orders the Third Party Defendant Tsunami of Columbia, LLC to produce affidavits to support the assertions made in its Motion to Set Aside Default (ECF No. 34) regarding Tsunami of Columbia's delay in responding to the Third Party Complaint.

IT IS SO ORDERED.

May 9, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge