IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| J&J Sports Productions, Inc., ) | C/A No.: 3:11-cv-2430-JFA |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| Papercut LLC, d/b/a Green Room ) | |
| Entertainment, a/k/a Headliners, a/k/a ) | |
| Element Nightlife; and Josh Lehew, ) | |
| ) | |
| Defendants. ) | |
| _____) | |
| Papercut LLC and Josh Lehew, ) | |
| ) | |
| Third Party Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| Time Warner Entertainment Company ) | |
| LP; Time Warner Cable I LLC; Time ) | |
| Warner Cable, Inc.; Time Warner Cable ) | |
| Media, Inc.; and Tsunami of Columbia ) | |
| LLC ) | |
| ) | |
| Third Party Defendants. ) | |
| _____) | |

For good cause shown, this court hereby grants Tsunami of Columbia, LLC's Motion to Set Aside Default. (ECF No. 34). Accordingly, the Clerk is directed to strike the entry of default as to Third Party Defendant Tsunami of Columbia, LLC. (ECF No. 36).

IT IS SO ORDERED.

May 22, 2012                                    Joseph F. Anderson, Jr.
Columbia, South Carolina              United States District Judge