IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| J&J Sports Productions, Inc., | ) | C/A No.: 3:11-cv-2430-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Papercut LLC, d/b/a Green Room Entertainment, a/k/a Headliners, a/k/a Element Nightlife; and Josh Lehew, | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |
| Papercut LLC and Josh Lehew, | ) | |
| | ) | |
| Third Party Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Time Warner Entertainment Company LP; Time Warner Cable I LLC; Time Warner Cable, Inc.; Time Warner Cable Media, Inc.; and Tsunami of Columbia LLC | ) ) ) ) ) | |
| | ) | |
| Third Party Defendants. | ) ) | |

For good cause shown, this court hereby grants the Motion to Set Aside Default by Third Party Defendants Time Warner Cable I LLC, Time Warner Cable, Inc., Time Warner Cable Media, Inc., and Time Warner Entertainment Company LP (collectively "Time Warner Third Party Defendants"). (ECF No. 43). Accordingly, the Clerk is directed to strike the entry of default as to the Time Warner Third Party Defendants. (ECF No. 36).

IT IS SO ORDERED.

June 21, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge